FORM B5
(12/03)

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| District of Arizona | |

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>ALEXANDER, ROBERT FRANCIS | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names.)<br><br>**'04 05702 PHX GBN** |
|---|---|
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D<br>No. XXX-XX-8701 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>8616 E. Larkspur Drive<br>Scottsdale, AZ 85260 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Maricopa | |
| LOCATION OF PRINCIPAL ASSET OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7  ☒ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

TYPE OF DEBTOR
☒ Individual          ☐ Stockbroker
☐ Partnership         ☐ Commodity Broker
☐ Corporation         ☐ Railroad
☐ Other

BRIEFLY DESCRIBE NATURE OF BUSINESS
International trade and diverting business

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. | ☐ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |
| ☒ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this district. | |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)

| Name of Debtor<br>David Jason Miller | Case Number | Date |
|---|---|---|
| Relationship<br>Business Partner | District<br>Arizona | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | 2004 APR -5 A 10: 5<br><br>FILED |

If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

1485665.1

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____  
Signature of Petitioner or Representative (State title)

_____  
William P. and Sarah Trimarco       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
William P. Trimarco  
29316 Targhee Lane  
Evergreen, CO  80439

X _____(signed)_____   4/5/04  
Signature of Attorney                Date  
Henk Taylor

Name of Attorney/ Firm (If any)  
Lewis and Roca LLP

Address  
40 North Central Avenue, Phoenix, Arizona 85004-4429

Telephone No.  
(602) 262-0254

---

X _____  
Signature of Petitioner or Representative (State title)

_____  
William C. and Pauline Trimarco    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Pauline Trimarco  
2575 Brannon Road  
Horse Shoe, NC  28742

X _____      Date  
Signature of Attorney  
Henk Taylor

Name of Attorney/ Firm (If any)  
Lewis and Roca LLP

Address  
40 North Central Avenue, Phoenix, Arizona 85004-4429

Telephone No.  
(602) 262-0254

---

X _____  
Signature of Petitioner or Representative (State title)

_____  
Steve M. and Nancy L. Scheppmann    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Steve M. Scheppmann  
3610 Schooner Ridge  
Alpharetta, GA  30005

X _____      Date  
Signature of Attorney  
Henk Taylor

Name of Attorney/ Firm (If any)  
Lewis and Roca LLP

Address  
40 North Central Avenue, Phoenix, Arizona 85004-4429

Telephone No.  
(602) 262-0254

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| William P. Trimarco<br>29316 Targhee Lane, Evergreen, CO  80439 | Loan | $2,287,335.60 |
| William C. and Pauline Trimarco<br>2575 Brannon Road, Horse Shoe, NC  28742 | Loan | $371,696.00 |
| Steve M. and Nancy L. Scheppmann<br>3610 Schooner Ridge, Alpharetta, GA  30005 | Loan | $885,275.50 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ Continuation sheets attached

FORM 5 Involuntary Petition  
(6/92)

Name of Debtor Robert Francis Alexander  
Case No. _____  
(court use only)

1485665.1

| TRANSFER OF CLAIM | |
|---|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>X _____<br>Signature of Petitioner or Representative (State title)<br><br>William P. and Sarah Trimarco        Date Signed<br><br>Name & Mailing           William P. Trimarco<br>Address of Individual    29316 Targhee Lane<br>Signing in Representative  Evergreen, CO 80439<br>Capacity | X _____        Date<br>Signature of Attorney<br>Henk Taylor<br><br>Name of Attorney/ Firm (If any)<br>Lewis and Roca LLP<br><br>Address<br>40 North Central Avenue, Phoenix, Arizona 85004-4429<br><br>Telephone No.<br>(602) 262-0254 |
| X _[signature]_  2/26/06<br>Signature of Petitioner or Representative (State title)<br><br>William C. and Pauline Trimarco      Date Signed<br><br>Name & Mailing           Pauline Trimarco<br>Address of Individual    2575 Brannon Road<br>Signing in Representative  Horse Shoe, NC 28742<br>Capacity | X _[signature]_  1/5/06<br>Signature of Attorney       Date<br>Henk Taylor<br><br>Name of Attorney/ Firm (If any)<br>Lewis and Roca LLP<br><br>Address<br>40 North Central Avenue, Phoenix, Arizona 85004-4429<br><br>Telephone No.<br>(602) 262-0254 |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>Steve M. and Nancy L. Scheppmann    Date Signed<br><br>Name & Mailing           Steve M. Scheppmann<br>Address of Individual    3610 Schooner Ridge<br>Signing in Representative  Alpharetta, GA 30005<br>Capacity | X _____        Date<br>Signature of Attorney<br>Henk Taylor<br><br>Name of Attorney/ Firm (If any)<br>Lewis and Roca LLP<br><br>Address<br>40 North Central Avenue, Phoenix, Arizona 85004-4429<br><br>Telephone No.<br>(602) 262-0254 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| William P. Trimarco<br>29316 Targhee Lane, Evergreen, CO 80439 | Loan | $2,287,335.60 |
| William C. and Pauline Trimarco<br>2575 Brannon Road, Horse Shoe, NC 28742 | Loan | $371,696.00 |
| Steve M. and Nancy L. Scheppmann<br>3610 Schooner Ridge, Alpharetta, GA 30005 | Loan | $885,275.50 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ Continuation sheets attached

FORM 5 Involuntary Petition
(6/92)

Name of Debtor Robert Francis Alexander
Case No. _____
(court use only)

1485665.1

FORM 5 Involuntary Petition  
(6/92)

Name of Debtor <u>Robert Francis Alexander</u>  
Case No _____  
(court use only)

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____  
Signature of Petitioner or Representative (State title)

William P. and Sarah Trimarco    Date Signed

Name & Mailing    William P. Trimarco  
Address of Individual    29316 Targhee Lane  
Signing in Representative    Evergreen, CO 80439  
Capacity

X _____ Date  
Signature of Attorney  
Henk Taylor

Name of Attorney/ Firm (If any)  
Lewis and Roca LLP

Address  
40 North Central Avenue, Phoenix, Arizona 85004-4429

Telephone No.  
(602) 262-0254

---

X _____  
Signature of Petitioner or Representative (State title)

William C. and Pauline Trimarco    Date Signed

Name & Mailing    Pauline Trimarco  
Address of Individual    2575 Brannon Road  
Signing in Representative    Horse Shoe, NC 28742  
Capacity

X _____ Date  
Signature of Attorney  
Henk Taylor

Name of Attorney/ Firm (If any)  
Lewis and Roca LLP

Address  
40 North Central Avenue, Phoenix, Arizona 85004-4429

Telephone No.  
(602) 262-0254

---

X _____  
Signature of Petitioner or Representative (State title)

Steve M. and Nancy L. Scheppmann    Date Signed

Name & Mailing    Steve M. Scheppmann  
Address of Individual    3610 Schooner Ridge  
Signing in Representative    Alpharetta, GA 30005  
Capacity

X _____Henk T_____ 4/5/04  
Signature of Attorney    Date  
Henk Taylor

Name of Attorney/ Firm (If any)  
Lewis and Roca LLP

Address  
40 North Central Avenue, Phoenix, Arizona 85004-4429

Telephone No.  
(602) 262-0254

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| William P. Trimarco<br>29316 Targhee Lane, Evergreen, CO 80439 | Loan | $2,287,335.60 |
| William C. and Pauline Trimarco<br>2575 Brannon Road, Horse Shoe, NC 28742 | Loan | $371,696.00 |
| Steve M. and Nancy L. Scheppmann<br>3610 Schooner Ridge, Alpharetta, GA 30005 | Loan | $885,275.50 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ Continuation sheets attached

FORM 5 Involuntary Petition  
(6/92)

Name of Debtor <u>Robert Francis Alexander</u>  
Case No _____  
(court use only)

1485665.1

| Continuation Sheet | | | |
|---|---|---|---|

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signatures]_
Signature of Petitioner or Representative (State title)

Timothy F. and Nikki K. Hayes     2/27/04
                               Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Timothy F. Hayes
2967 East Great Smokey Court
Westlake Village, CA 91362-3731

X _[signature]_     4/5/04
Signature of Attorney         Date
Henk Taylor

Name of Attorney/ Firm (If any)
Lewis and Roca LLP

Address
40 North Central Avenue, Phoenix, Arizona 85004-4429

Telephone No.
(602) 262-0254

---

X _____
Signature of Petitioner or Representative (State title)

Mary Trimarco and Neal Thompson     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Mary Trimarco
11 Clairmont Ave.
Asheville, North Carolina 28804

X _____
Signature of Attorney         Date
Henk Taylor

Name of Attorney/ Firm (If any)
Lewis and Roca LLP

Address
40 North Central Avenue, Phoenix, Arizona 85004-4429

Telephone No.
(602) 262-0254

---

X _____
Signature of Petitioner or Representative (State title)

David McMiller     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
David McMiller
645 Peaace Creek Trace
Alpharetta, GA 30005

X _____
Signature of Attorney         Date
Henk Taylor

Name of Attorney/ Firm (If any)
Lewis and Roca LLP

Address
40 North Central Avenue, Phoenix, Arizona 85004-4429

Telephone No.
(602) 262-0254

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Timothy F. and Nikki K. Hayes<br>2967 East Great Smokey Court, Westlake Village, CA 91362 | Loan | $500,00.00 |
| Mary Trimarco and Neal Thompson<br>11 Clairmont Ave., Asheville, North Carolina 28804 | Loan | $70,210.00 |
| David McMiller<br>645 Peaace Creek Trace, Alpharetta, GA 30005 | Loan | $844,880.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

1485665.1

| Continuation Sheet | |
|---|---|
| **REQUEST FOR RELIEF** | |

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>X _____<br>Signature of Petitioner or Representative (State title)<br><br>_____  _____<br>Timothy F. and Nikki K. Hayes    Date Signed<br><br>Name & Mailing          Timothy F. Hayes<br>Address of Individual      2967 East Great Smokey Court<br>Signing in Representative   Westlake Village, CA 91362-3731<br>Capacity | X _____  _____<br>Signature of Attorney                    Date<br>Henk Taylor<br><br>Name of Attorney/ Firm (If any)<br>Lewis and Roca LLP<br><br>Address<br>40 North Central Avenue, Phoenix, Arizona 85004-4429<br><br>Telephone No.<br>(602) 262-0254 |
| X _/s/ illegible signature_____<br>Signature of Petitioner or Representative (State title)<br><br>_/s/ illegible_____  3/2/04<br>Mary Trimarco and Neal Thompson    Date Signed<br><br>Name & Mailing          Mary Trimarco<br>Address of Individual      15 Rector Road<br>Signing in Representative   Weaverville, North Carolina 28487<br>Capacity | X _/s/ Henk Taylor_____  4/5/04<br>Signature of Attorney                    Date<br>Henk Taylor<br><br>Name of Attorney/ Firm (If any)<br>Lewis and Roca LLP<br><br>Address<br>40 North Central Avenue, Phoenix, Arizona 85004-4429<br><br>Telephone No.<br>(602) 262-0254 |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>_____  _____<br>David McMiller              Date Signed<br><br>Name & Mailing          David McMiller<br>Address of Individual      645 Peaace Creek Trace<br>Signing in Representative   Alpharetta, GA 30005<br>Capacity | X _____  _____<br>Signature of Attorney                    Date<br>Henk Taylor<br><br>Name of Attorney/ Firm (If any)<br>Lewis and Roca LLP<br><br>Address<br>40 North Central Avenue, Phoenix, Arizona 85004-4429<br><br>Telephone No.<br>(602) 262-0254 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Timothy F. and Nikki K. Hayes<br>2967 East Great Smokey Court, Westlake Village, CA 91362 | Nature of Claim<br>Loan | Amount of Claim<br>$500,00.00 |
| Name and Address of Petitioner<br>Mary Trimarco and Neal Thompson<br>15 Rector Road, Weaverville, North Carolina 28487 | Nature of Claim<br>Loan | Amount of Claim<br>$70,210.00 |
| Name and Address of Petitioner<br>David McMiller<br>645 Peaace Creek Trace, Alpharetta, GA 30005 | Nature of Claim<br>Loan | Amount of Claim<br>$844,880.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

1485665.1

| Continuation Sheet | |
|---|---|
| **REQUEST FOR RELIEF** | |

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title) | X _____ Date<br>Signature of Attorney<br>Henk Taylor |
| Timothy F. and Nikki K. Hayes  Date Signed | Name of Attorney/ Firm (If any)<br>Lewis and Roca LLP |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Timothy F. Hayes<br>2967 East Great Smokey Court<br>Westlake Village, CA  91362-3731 | Address<br>40 North Central Avenue, Phoenix, Arizona 85004-4429<br><br>Telephone No.<br>(602) 262-0254 |
| X _____<br>Signature of Petitioner or Representative (State title) | X _____ Date<br>Signature of Attorney<br>Henk Taylor |
| Mary Trimarco and Neal Thompson  Date Signed | Name of Attorney/ Firm (If any)<br>Lewis and Roca LLP |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Mary Trimarco<br>11 Clairmont Ave.<br>Asheville, North Carolina 28804 | Address<br>40 North Central Avenue, Phoenix, Arizona 85004-4429<br><br>Telephone No<br>(602) 262-0254 |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>David McMiller  Date Signed | X _[signature]_____  4/5/'4<br>Signature of Attorney         Date<br>Henk Taylor<br><br>Name of Attorney/ Firm (If any)<br>Lewis and Roca LLP |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>David McMiller<br>645 Peaace Creek Trace<br>Alpharetta, GA 30005 | Address<br>40 North Central Avenue, Phoenix, Arizona 85004-4429<br><br>Telephone No.<br>(602) 262-0254 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Timothy F. and Nikki K. Hayes<br>2967 East Great Smokey Court, Westlake Village, CA  91362 | Nature of Claim<br>Loan | Amount of Claim<br>$500,00.00 |
| Name and Address of Petitioner<br>Mary Trimarco and Neal Thompson<br>11 Clairmont Ave., Asheville, North Carolina 28804 | Nature of Claim<br>Loan | Amount of Claim<br>$70,210.00 |
| Name and Address of Petitioner<br>David McMiller<br>645 Peaace Creek Trace, Alpharetta, GA 30005 | Nature of Claim<br>Loan | Amount of Claim<br>$844,880.00 |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

1485665.1