1 | ILENE J. LASHINSKY (# 003073)
  | United States Trustee
2 | District of Arizona

3 | LARRY L. WATSON (# 193531)
  | Trial Attorney
4 | P.O. Box 36170
  | Phoenix, Arizona  85067-6170
5 | (602) 640-2100

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 11 |
|---|---|---|
| ROBERT FRANCIS ALEXANDER, | ) | No. 2-04-bk-05702-GBN |
|  | ) | **NOTICE OF RESCHEDULED FIRST** |
|  | ) | **MEETING OF CREDITORS** |
| Debtor | ) | |

 NOTICE IS HEREBY GIVEN that a **rescheduled** First Meeting of Creditors in the above-referenced case will be held on the **17th** day of **August 2004**, at **3:00 o'clock p.m.**, 2929 N. Central Avenue, 8th Floor, Room 820, 341 Meeting Room, Phoenix, Arizona.

 RESPECTFULLY SUBMITTED this 30th day of July, 2004.

 ILENE J. LASHINSKY
 United States Trustee
 District of Arizona


 /s/ Larry L. Watson
 LARRY L. WATSON
 TRIAL ATTORNEY


Copy of the foregoing
mailed this 30th day of
July to the following parties:

Robert Francis Alexander
8616 E. Larkspur Drive
Scottsdale, AZ 85260

| | |
|---|---|
| 1 | J. Henk Taylor<br>LEWIS & ROCA LLP |
| 2 | 40 N. Central Avenue<br>Phoenix, AZ 85004-4429 |
| 3 | |
| 4 | David Jason Miller<br>1550 N. 40th Street<br>Mesa, AZ 85205 |
| 5 | |
| 6 | Mary Trimarco<br>11 Clairmont Avenue<br>Asheville, NC 28804 |
| 7 | |
| 8 | Nancy L. Scheppman<br>3610 Schooner Ridge<br>Alpharetta, GA 30005 |
| 9 | |
| 10 | Neal Thompson<br>11 Clairmont Avenue<br>Asheville, NC 28804 |
| 11 | |
| 12 | Nikki K. Hayes<br>2967 E. Great Smokey Court<br>Westlake Village, CA 91362-3731 |
| 13 | |
| 14 | Pauline Trimarco<br>2575 Brannon Road<br>Horse Shoe, NC 28742 |
| 15 | |
| 16 | Sarah Trimarco<br>29316 Targhee Lane<br>Evergreen, CO 80439 |
| 17 | |
| 18 | Steve M. Scheppman<br>3610 Schooner Ridge<br>Alpharetta, GA 30005 |
| 19 | |
| 20 | Timothy F. Hayes<br>2967 E. Great Smokey Court<br>Westlake Village, CA 91362 |
| 21 | |
| 22 | William C. Trimarco<br>2575Brannon Road<br>Horse Shoe, NC 28742 |
| 23 | |
| 24 | William P. Trimarco<br>29316 Targhee Lane<br>Evergreen, CO 80439 |
| 25 | |
| 26 | Dennis Livingston<br>Livingston Mix, LLP<br>153 Townsend Street - Suite 950 |
| 27 | San Francisco, CA 94107 |
| 28 | Lisa Roberts<br>Two Renaissance Square<br>40 N. Central Avenue, Suite 1200<br>Phoenix, AZ  85004-4408 |

1 | Christopher H. Bayley
2 | Snell & Wilmer LLP
    One Arizona Center
    Phoenix, AZ 85004-2202
3 |
4 | /s/ Dionne Gomes
    DIONNE GOMES