UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
ALEXANDER, ROBERT FRANCIS § Case No. 04-05702-PHX GBN
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter    of the United States Bankruptcy Code on          . The case was converted to one under Chapter 7 on          . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

    Funds were disbursed in the following amounts:

    Administrative expenses
    Payments to creditors
    Non-estate funds paid to 3rd Parties
    Payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Lothar Goernitz_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Case No: | 04-05702-PHX  GBN  Judge: GEORGE B. NIELSEN | Trustee Name: | Lothar Goernitz |
|---|---|---|---|
| Case Name: | ALEXANDER, ROBERT FRANCIS | Date Filed (f) or Converted (c): | 11/17/04 (c) |
| | | 341(a) Meeting Date: | 01/03/05 |
| For Period Ending: | 02/11/10 | Claims Bar Date: | 07/01/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8616 E. LARKSPUR DRIVE, SCOTTSDALE, AZ | 575,000.00 | N/A | DA | 0.00 | FA |
| 2. 1.7 ACRES FOUR PEAKS WAY, FOUNTAIN HILLS, AZ | 560,000.00 | 700,000.00 | | 700,000.00 | FA |
| 3. BANK ACCOUNTS | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. FIREARMS AND HOBBY EQUIPMENT | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. HOLDS AN INTEREST IN R&S MARKETING, INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 2001 FERARRI 360 (LEASED) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. 2002 MERCEDES 500 S (LEASED) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 2003 MERCEDES SL500 (LEASED) | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. OFFICE EQUIPMENT, FURNISHINGS, AND | 750.00 | 0.00 | DA | 0.00 | FA |
| 12. Post-Petition Interest Deposits (u) | 0.00 | 11,206.22 | | 11,206.22 | 0.00 |
| 13. ADVERSARY PROCEEDING DEAL PEOPLE, INC. (u) | 0.00 | 216,499.14 | | 216,499.14 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,139,950.00 | $927,705.36 | | $927,705.36 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/05/06     Current Projected Date of Final Report (TFR): 04/12/10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| | |
|---|---|
| Case No: | 04-05702-PHX -GBN |
| Case Name: | ALEXANDER, ROBERT FRANCIS |
| Taxpayer ID No: | *******5356 |
| For Period Ending: | 02/11/10 |

| | |
|---|---|
| Trustee Name: | Lothar Goernitz |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******2032  TIP Account |
| Blanket Bond (per case limit): | $ 0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/05 | | FIRST AMERICAN TITLE INSURANCE CO. | SALE PROCEEDS | | 238,654.70 | | 238,654.70 |
| | 2 | FIRST AMERICAN TITLE INSURANCE CO. | Memo Amount: 700,000.00 | 1110-000 | | | |
| | | | SALE PROCEEDS | | | | |
| | | FOUNTAIN HILLS SANITARY DISTRICT | Memo Amount: 55.45 | 1110-000 | | | |
| | | | ITEMS PAID BY SELLER IN ADVANCE | | | | |
| | | M & I MARSHALL AND IISLEY | Memo Amount: ( 378,387.76 ) | 4110-000 | | | |
| | | | PAYOFF 1ST MORTGAGE | | | | |
| | | MARICOPA COUNTY TREASURER | Memo Amount: ( 4,173.27 ) | 4700-000 | | | |
| | | | 2003 TAXES | | | | |
| | | MARICOPA COUNTY TREASURER | Memo Amount: ( 3,630.74 ) | 4800-000 | | | |
| | | | 2004 TAXES | | | | |
| | | MARICOPA COUNTY TREASURER | Memo Amount: ( 789.36 ) | 4800-000 | | | |
| | | | COUNTY TAXES | | | | |
| | | MCO REALTY INC. | Memo Amount: ( 70,000.00 ) | 3510-000 | | | |
| | | | BROKER'S COMMISSION | | | | |
| | | FIRST AMERICAN TITLE INSURANCE CO. | Memo Amount: ( 2,643.00 ) | 2500-000 | | | |
| | | | SETTLEMENT CHARGES | | | | |
| | | FIREROCK COMMUNITY ASSOC | Memo Amount: ( 1,481.00 ) | 2500-000 | | | |
| | | | ASSOCIATION DUES/2ND QTR | | | | |
| | | CAPITAL CONSULTANTS MANAGEMENT | Memo Amount: ( 200.00 ) | 2500-000 | | | |
| | | | TRANSFER & DISCLOSURE FEES | | | | |
| | | FOUNTAIN HILLS SANITARY DISTICT | Memo Amount: ( 75.00 ) | 2500-000 | | | |
| | | | 2004/2005 SEWER AVAILABILITY | | | | |
| | | FOUNTIAN HILLS SANITARY DISTRICT | Memo Amount: ( 20.62 ) | 2500-000 | | | |
| | | | LATE FEE | | | | |
| 04/29/05 | 12 | Bank of America | Interest Rate  0.250 | 1270-000 | 48.74 | | 238,703.44 |
| 05/31/05 | 12 | Bank of America | Interest Rate  0.250 | 1270-000 | 50.69 | | 238,754.13 |
| 06/30/05 | 12 | Bank of America | Interest Rate  0.450 | 1270-000 | 51.68 | | 238,805.81 |

Page Subtotals      238,805.81      0.00

Ver: 15.06b

LFORM24
**UST Form 101-7-TFR (9/1/2009)** *(Page: 4)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-05702-PHX -GBN | Trustee Name: | Lothar Goernitz |
|---|---|---|---|
| Case Name: | ALEXANDER, ROBERT FRANCIS | Bank Name: | Bank of America |
| | | Account Number / CD #: | *******2032  TIP Account |
| Taxpayer ID No: | *******5356 | | |
| For Period Ending: | 02/11/10 | Blanket Bond (per case limit): | $  0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/05 | 12 | Bank of America | Interest Rate 0.450 | 1270-000 | 91.26 | | 238,897.07 |
| 08/23/05 | 000101 | OSBORN MALEDON P.A.<br>2929 N. CENTRAL AVE., SUITE 2100<br>PHOENIX, AZ  85004 | ATTORNEY FEES & EXPENSES | | | 28,326.36 | 210,570.71 |
| | | | Fees           27,626.00 | 3210-000 | | | 210,570.71 |
| | | | Expenses          700.36 | 3220-000 | | | 210,570.71 |
| 08/31/05 | 12 | Bank of America | Interest Rate 0.450 | 1270-000 | 88.87 | | 210,659.58 |
| 09/30/05 | 12 | Bank of America | Interest Rate 0.800 | 1270-000 | 86.00 | | 210,745.58 |
| 10/12/05 | 000102 | LOTHAR GOERNITZ<br>P.O. BOX 32961<br>PHOENIX, AZ  85064<br>(602) 263-5413 | INTERIM TRUSTEE FEE AS PER COURT ORDER OCTOBER 12, 2005. | 2100-000 | | 38,000.00 | 172,745.58 |
| 10/31/05 | 12 | Bank of America | Interest Rate 0.800 | 1270-000 | 128.20 | | 172,873.78 |
| 11/30/05 | 12 | Bank of America | Interest Rate 0.800 | 1270-000 | 113.67 | | 172,987.45 |
| 12/27/05 | 13 | MARICOPA COUNTY TREASURER | SETTLEMENT PROCEEDS FOR EXCESS FUNDS FROM RESIDENCE OF ROBERT ALEXANDER. EXCESS PROCEEDS FROM FORECLOSURE SALE. | 1249-000 | 216,499.14 | | 389,486.59 |
| 12/27/05 | 000103 | STEVE NEBGEN IN TRUST FOR DEAL PEOPLE, LLC<br>2025 N. 3RD ST., SUITE 157<br>PHOENIX, AZ  85004 | SETTLMENT OF ADVERSARY NO: CV2005-093155 | 4120-000 | | 71,050.00 | 318,436.59 |
| 12/30/05 | 12 | Bank of America | Interest Rate 0.800 | 1270-000 | 128.36 | | 318,564.95 |
| 01/18/06 | 000104 | LOTHAR GOERNITZ<br>P.O. BOX 32961<br>PHOENIX, AZ  85064<br>(602) 263-5413 | REIMBURSEMENT OF BOND PREMIUM FOR NOVEMBER 30, 2005. | 2200-000 | | 129.74 | 318,435.21 |
| 01/31/06 | 12 | Bank of America | Interest Rate 0.800 | 1270-000 | 216.42 | | 318,651.63 |

| | Page Subtotals | 217,351.92 | 137,506.10 |
|---|---|---|---|

Ver: 15.06b

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 5)*

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 04-05702-PHX -GBN | | Trustee Name: | Lothar Goernitz |
|---|---|---|---|---|
| Case Name: | ALEXANDER, ROBERT FRANCIS | | Bank Name: | Bank of America |
| | | | Account Number / CD #: | *******2032 TIP Account |
| Taxpayer ID No: | *******5356 | | | |
| For Period Ending: | 02/11/10 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/06 | 12 | Bank of America | Interest Rate 0.800 | 1270-000 | 195.56 | | 318,847.19 |
| 03/31/06 | 12 | Bank of America | Interest Rate 1.100 | 1270-000 | 221.88 | | 319,069.07 |
| 04/28/06 | 12 | Bank of America | Interest Rate 1.100 | 1270-000 | 288.47 | | 319,357.54 |
| 05/31/06 | 12 | Bank of America | Interest Rate 1.100 | 1270-000 | 298.36 | | 319,655.90 |
| 06/30/06 | 12 | Bank of America | Interest Rate 1.100 | 1270-000 | 289.00 | | 319,944.90 |
| 07/31/06 | 12 | Bank of America | Interest Rate 1.500 | 1270-000 | 365.53 | | 320,310.43 |
| 08/31/06 | 12 | Bank of America | Interest Rate 1.500 | 1270-000 | 408.07 | | 320,718.50 |
| 09/27/06 | 000105 | OSBORN MALEDON P.A.<br>ATT: JAMES E. CROSS<br>2929 N. CENTRAL AVE., SUITE 2100<br>PHOENIX, AZ 85004 | ATTORNEY FEES & EXPENSES APPROVED PER COURT ORDER 09/25/06. | | | 18,134.57 | 302,583.93 |
| | | | Fees 17,270.00 | 3210-000 | | | 302,583.93 |
| | | | Expenses 864.57 | 3220-000 | | | 302,583.93 |
| 09/29/06 | 12 | Bank of America | Interest Rate 1.500 | 1270-000 | 395.41 | | 302,979.34 |
| 10/12/06 | 000106 | UNITED STATES TREASURY | ADMINISTRATIVE TAX CLAIM | 2810-000 | | 14,114.00 | 288,865.34 |
| 10/31/06 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 418.36 | | 289,283.70 |
| 11/30/06 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 416.09 | | 289,699.79 |
| 12/29/06 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 430.57 | | 290,130.36 |
| 01/10/07 | 000107 | UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201-0039 | TAX ID: 75-6745356/INTEREST CHARGED | 2810-000 | | 550.13 | 289,580.23 |
| 01/10/07 | 000108 | LOTHAR GOERNITZ<br>P.O. BOX 32961<br>PHOENIX, AZ 85064<br>(602) 263-5413 | REIMBURSEMENT OF BOND PREMIUM FOR NOVEMBER 30, 2006. | 2200-000 | | 231.76 | 289,348.47 |
| 01/31/07 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 430.67 | | 289,779.14 |
| 02/28/07 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 389.02 | | 290,168.16 |
| 03/30/07 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 431.28 | | 290,599.44 |
| 04/30/07 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 417.99 | | 291,017.43 |

Page Subtotals 5,396.26 33,030.46

Ver: 15.06b

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 6)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-05702-PHX -GBN | | Trustee Name: | Lothar Goernitz |
|---|---|---|---|---|
| Case Name: | ALEXANDER, ROBERT FRANCIS | | Bank Name: | Bank of America |
| | | | Account Number / CD #: | *******2032 TIP Account |
| Taxpayer ID No: | *******5356 | | | |
| For Period Ending: | 02/11/10 | | Blanket Bond (per case limit): | $ 0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/07 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 432.54 | | 291,449.97 |
| 06/29/07 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 419.21 | | 291,869.18 |
| 07/31/07 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 433.81 | | 292,302.99 |
| 08/09/07 | 000109 | STINSON MORRISON HECKER LLP ATT: ALAN A. MEDA 1850 N. CENTRAL AVE., SUITE 2100 PHOENIX, AZ 85004-4584 | ATTORNEY FEES & EXPENSES APPROVED PER COURT ORDER AUGUST 7, 2007. | | | 12,482.40 | 279,820.59 |
| | | | Fees 12,289.00 | 3210-000 | | | 279,820.59 |
| | | | Expenses 193.40 | 3220-000 | | | 279,820.59 |
| 08/31/07 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 431.46 | | 280,252.05 |
| 09/28/07 | 12 | Bank of America | Interest Rate 1.750 | 1270-000 | 403.10 | | 280,655.15 |
| 10/31/07 | 12 | Bank of America | Interest Rate 1.600 | 1270-000 | 414.83 | | 281,069.98 |
| 11/30/07 | 12 | Bank of America | Interest Rate 1.600 | 1270-000 | 369.63 | | 281,439.61 |
| 12/31/07 | 12 | Bank of America | Interest Rate 1.600 | 1270-000 | 382.45 | | 281,822.06 |
| 01/14/08 | 000110 | LOTHAR GOERNITZ P.O. BOX 32961 PHOENIX, AZ 85064 | BOND REIMBURSEMENT FOR FUNDS ON DEPOSIT AS OF 11/30/07. | 2200-000 | | 239.22 | 281,582.84 |
| 01/31/08 | 12 | Bank of America | Interest Rate 0.650 | 1270-000 | 331.40 | | 281,914.24 |
| 02/29/08 | 12 | Bank of America | Interest Rate 0.650 | 1270-000 | 145.19 | | 282,059.43 |
| 03/31/08 | 12 | Bank of America | Interest Rate 0.500 | 1270-000 | 139.10 | | 282,198.53 |
| 04/30/08 | 12 | Bank of America | Interest Rate 0.500 | 1270-000 | 115.66 | | 282,314.19 |
| 05/30/08 | 12 | Bank of America | Interest Rate 0.350 | 1270-000 | 83.68 | | 282,397.87 |
| 06/30/08 | 12 | Bank of America | Interest Rate 0.350 | 1270-000 | 81.03 | | 282,478.90 |
| 07/31/08 | 12 | Bank of America | Interest Rate 0.350 | 1270-000 | 83.74 | | 282,562.64 |
| 08/29/08 | 12 | Bank of America | Interest Rate 0.350 | 1270-000 | 83.76 | | 282,646.40 |
| 09/30/08 | 12 | Bank of America | Interest Rate 0.350 | 1270-000 | 81.09 | | 282,727.49 |
| 10/31/08 | 12 | Bank of America | Interest Rate 0.300 | 1270-000 | 75.32 | | 282,802.81 |
| 11/28/08 | 12 | Bank of America | Interest Rate 0.300 | 1270-000 | 69.54 | | 282,872.35 |
| 12/31/08 | 12 | Bank of America | Interest Rate 0.030 | 1270-000 | 42.67 | | 282,915.02 |

Page Subtotals  4,619.21  12,721.62

Ver: 15.06b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-05702-PHX -GBN | Trustee Name: | Lothar Goernitz |
|---|---|---|---|
| Case Name: | ALEXANDER, ROBERT FRANCIS | Bank Name: | Bank of America |
|  |  | Account Number / CD #: | *******2032  TIP Account |
| Taxpayer ID No: | *******5356 |  |  |
| For Period Ending: | 02/11/10 | Blanket Bond (per case limit): | $  0.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/13/09 | 000111 | LOTHAR GOERNITZ P.O. BOX 32961 PHOENIX, AZ 85064 | BOND REIMBURSEMENT 11/30/08 | 2200-000 |  | 226.30 | 282,688.72 |
| 01/30/09 | 12 | Bank of America | Interest Rate  0.030 | 1270-000 | 7.20 |  | 282,695.92 |
| 02/27/09 | 12 | Bank of America | Interest Rate  0.030 | 1270-000 | 6.51 |  | 282,702.43 |
| 03/31/09 | 12 | Bank of America | Interest Rate  0.030 | 1270-000 | 7.21 |  | 282,709.64 |
| 04/30/09 | 12 | Bank of America | Interest Rate  0.070 | 1270-000 | 16.27 |  | 282,725.91 |
| 05/29/09 | 12 | Bank of America | Interest Rate  0.070 | 1270-000 | 16.80 |  | 282,742.71 |
| 06/30/09 | 12 | Bank of America | Interest Rate  0.070 | 1270-000 | 16.27 |  | 282,758.98 |
| 07/31/09 | 12 | Bank of America | Interest Rate  0.070 | 1270-000 | 16.81 |  | 282,775.79 |
| 08/31/09 | 12 | Bank of America | Interest Rate  0.070 | 1270-000 | 16.81 |  | 282,792.60 |
| 09/30/09 | 12 | Bank of America | Interest Rate  0.070 | 1270-000 | 16.27 |  | 282,808.87 |
| 10/30/09 | 12 | Bank of America | Interest Rate  0.070 | 1270-000 | 16.81 |  | 282,825.68 |
| 11/30/09 | 12 | Bank of America | Interest Rate  0.070 | 1270-000 | 16.27 |  | 282,841.95 |
| 12/31/09 | 12 | Bank of America | Interest Rate  0.070 | 1270-000 | 16.82 |  | 282,858.77 |
| 01/26/10 | 000112 | LOTHAR GOERNITZ P.O. BOX 32961 PHOENIX, AZ 85064 | REIMBURSEMENT OF BOND PREMIUM FOR FUNDS ON DEPOSIT AS OF 11/30/2009. | 2200-000 |  | 226.27 | 282,632.50 |
| 01/29/10 | 12 | Bank of America | Interest Rate  0.070 | 1270-000 | 16.81 |  | 282,649.31 |

Page Subtotals    186.86    452.57

Ver: 15.06b

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 8)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 04-05702-PHX -GBN |
| Case Name: | ALEXANDER, ROBERT FRANCIS |
| Taxpayer ID No: | *******5356 |
| For Period Ending: | 02/11/10 |

| | |
|---|---|
| Trustee Name: | Lothar Goernitz |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******2032 TIP Account |
| Blanket Bond (per case limit): | $ 0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 700,055.45 | COLUMN TOTALS | | 466,360.06 | 183,710.75 | 282,649.31 |
| Memo Allocation Disbursements: | 461,400.75 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 466,360.06 | 183,710.75 | |
| Memo Allocation Net: | 238,654.70 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 466,360.06 | 183,710.75 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 700,055.45 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 461,400.75 | TIP Account - ********2032 | 466,360.06 | 183,710.75 | 282,649.31 |
| Total Memo Allocation Net: | 238,654.70 | | 466,360.06 | 183,710.75 | 282,649.31 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 15.06b

LFORM24
**UST Form 101-7-TFR (9/1/2009)** *(Page: 9)*

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-05702-PHX | | Page 1 | | Date: February 11, 2010 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | ALEXANDER, ROBERT FRANCIS | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 001 3410-00 | DAVID A. BIRDSELL, CPA<br>216 N. CENTER<br>MESA, AZ 85201 | Administrative | | $2,820.40 | $0.00 | $2,820.40 |
| 21 010 5800-00 | U.S. TRUSTEE PROGRAM<br>PAYMENT CENTER<br>PO BOX 70937<br>CHARLOTTE, NC 28272-0937 | Administrative | | $750.00 | $0.00 | $750.00 |
| 24B 040 5800-00 | INTERNAL REVENUE SERVICE<br>210 E. EARLL STOP 5014 PX<br>PHOENIX, AZ 85012 | Priority | | $87,967.50 | $0.00 | $87,967.50 |
| 5B 040 5800-00 | INTERNAL REVENUE SERVICE<br>210 E. EARLL STOP 5014 PX<br>PHOENIX, AZ 85012 | Priority | | $5,296.41 | $0.00 | $5,296.41 |
| 10 070 7100-00 | TIMOTHY F. AND NIKKI K. HAYES<br>c/o Henk Taylor<br>Lewis and Roca LLP<br>40 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004-4429 | Unsecured | | $556,250.00 | $0.00 | $556,250.00 |
| 11 070 7100-00 | MARY TRIMARCO AND NEAL THOMPSON<br>c/o Henk Taylor<br>Lewis and Roca LLP<br>40 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004 | Unsecured | | $77,364.80 | $0.00 | $77,364.80 |
| 12 070 7100-00 | DAVID MCMILLER<br>c/o Henk Taylor<br>Lewis and Roca LLP<br>40 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004-4429 | Unsecured | | $844,880.00 | $0.00 | $844,880.00 |
| 13 070 7100-00 | STEVE M. AND NANCY L. SCHEPPMANN<br>c/o Henk Taylor<br>Lewis and Roca LLP<br>40 N. Central Ave.<br>Phoenix, AZ 85004-4429 | Unsecured | | $1,003,696.26 | $0.00 | $1,003,696.26 |
| 14 070 7100-00 | TONY LITSCHEWSKI<br>7874 WEST ONTARIO PLACE<br>LITTLETON, CO 80128 | Unsecured | | $111,603.78 | $0.00 | $111,603.78 |
| 15 070 7100-00 | KIMBERLY B KESSLER<br>345 MONROE<br>DENVER CO 80206 | Unsecured | | $292,122.38 | $0.00 | $292,122.38 |
| 16 070 7100-00 | SARAH SCHEPPMANN<br>3610 SCHOONER RIDGE<br>ALPHARETTA, GA 30005 | Unsecured | | $106,583.18 | $0.00 | $106,583.18 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 04-05702-PHX
Debtor Name: ALEXANDER, ROBERT FRANCIS

Page 2
Claim Class Sequence

Date: February 11, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17 070 7100-00 | DAVID SHEPPMANN 3610 SCHOONER RIDGE ALPHARETTA, GA 30005 | Unsecured | | $106,583.18 | $0.00 | $106,583.18 |
| 18 070 7100-00 | OLIVER BOCK` 3655 NORTH 2400 EAST LAYTON, UT 84040 | Unsecured | | $800,000.00 | $0.00 | $800,000.00 |
| 19 070 7100-00 | ERIK HEPKER C/O G. REDMOND MICHAELS P.C. PO BOX 1845 BOULDER, CO 80306 | Unsecured | | $203,000.00 | $0.00 | $203,000.00 |
| 20 070 7100-00 | Casitas Chaparral Council Co-Owners Association % Carpenter Hazlewood, PLC 1400 East Southern Avenue, Suite 640 Tempe, Arizona 85282 | Unsecured | | $665.00 | $0.00 | $665.00 |
| 22 070 7100-00 | DAVID JASON MILLER C/O SCOTT GOLDBERG & LORI WINKLEMAN QUARLES & BRADY STREICH LANG LLP RENAISSANCE ONE 2 NORTH CENTRAL AVENUE PHOENIX, AZ 85004 | Unsecured | | $21,351,025.09 | $0.00 | $21,351,025.09 |
| 23 070 7100-00 | DAVID JASON MILLER C/O SCOTT GOLDBERG & LORI WINKLEMAN QUARLES & BRADY STREICH LANG LLP RENAISSANCE ONE 2 NORTH CENTRAL AVENUE PHOENIX, AZ 85004 | Unsecured | | $238,000.00 | $0.00 | $238,000.00 |
| 24A 070 7100-00 | INTERNAL REVENUE SERVICE 210 E. EARLL STOP 5014 PX PHOENIX, AZ 85012 | Unsecured | | $19,068.70 | $0.00 | $19,068.70 |
| 25 070 7100-00 | DaimlerChrysler Services North America, L.L.C. 2999 N. 44th St. Ste. 500 Phoenix AZ 85018 | Unsecured | | $80,518.89 | $0.00 | $80,518.89 |
| 26 070 7100-00 | Grocery Marketing, Inc. Gregory R. Jordan, P.C. 1642 North 24th St. Phoenix, AZ 85008 | Unsecured | | $211,791.07 | $0.00 | $211,791.07 |
| 27 070 7100-00 | KENNETH HARVEY C/O CHRISTOPHER H. BAYLEY SNELL & WILMER LLP ONE ARIZONA CENTER PHOENIX, AZ 85004-2202 | Unsecured | | $3,044,490.00 | $0.00 | $3,044,490.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-05702-PHX | Page 3 | Date: February 11, 2010 |
|---|---|---|---|
| Debtor Name: | ALEXANDER, ROBERT FRANCIS | Claim Class Sequence | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 28<br>070<br>7100-00 | BERNARD E. MANOR<br>LIVINGSTON MIX LLP<br>130 SUTTER STREET, 7TH FLOOR<br>SAN FRANCISCO CA 94104 | Unsecured | | $151,987.50 | $0.00 | $151,987.50 |
| 29<br>070<br>7100-00 | EUGENE PAJA AND FRANCES PAJA<br>LIVINGSTON MIX LLP<br>130 SUTTER STREET, 7TH FLOOR<br>SAN FRANCISCO CA 94104 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| 3<br>070<br>7100-00 | OCWEN FEDERAL BANK<br>ATN BK DEPT<br>12650 INGENUITY DR<br>ORLANDO, FL 32826 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 30<br>070<br>7100-00 | BILL RUSH AND REBECCA RUSH<br>LIVINGSTON MIX LLP<br>130 SUTTER ST, 7TH FLOOR<br>SAN FRANCISCO CA 94104 | Unsecured | | $94,008.00 | $0.00 | $94,008.00 |
| 31<br>070<br>7100-00 | SCOTT FROEHLE AND KIM FROEHLE<br>LIVINGSTON MIX LLP<br>130 SUTTER ST, 7TH FLOOR<br>SAN FRANCISCO CA 94104 | Unsecured | | $141,768.00 | $0.00 | $141,768.00 |
| 32<br>070<br>7100-00 | CHRIS PARSONS AND KIM PARSONS<br>LIVINGSTON MIX LLP<br>130 SUTTER ST, 7TH FLOOR<br>SAN FRANCISCO CA 94104 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| 33<br>070<br>7100-00 | AL HANSON<br>LIVINGSTON MIX LLP<br>130 SUTTER ST, 7TH FLOOR<br>SAN FRANCISCO CA 94104 | Unsecured | | $150,000.00 | $0.00 | $150,000.00 |
| 35<br>070<br>7100-00 | eCAST Settlement Corporation, successor to<br>HSBC Consumer Lending (USA) Inc., Successor to HFC/Beneficial<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Unsecured | | $9,837.92 | $0.00 | $9,837.92 |
| 5A<br>070<br>7100-00 | INTERNAL REVENUE SERVICE<br>210 E. EARLL STOP 5014 PX<br>PHOENIX, AZ 85012 | Unsecured | | $5,405.54 | $0.00 | $5,405.54 |
| 6<br>070<br>7100-00 | MICHAEL B. KESSLER<br>649 ROBIN ROAD<br>ELGIN, IL 60123 | Unsecured | | $265,185.04 | $0.00 | $265,185.04 |
| 7<br>070<br>7100-00 | JEROME KESLER<br>1186 CARROLL CREST CT.<br>SLEEPY HOLLOW, IL 60118 | Unsecured | | $886,151.53 | $0.00 | $886,151.53 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-05702-PHX | Page 4 | | | Date: February 11, 2010 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: | ALEXANDER, ROBERT FRANCIS | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 8<br>070<br>7100-00 | PAULINE TRIMARCO<br>c/o Henk Taylor<br>Lewis and Roca LLP<br>40 North Central Ave.<br>Phoenix, AZ 85004 | Unsecured | | $409,425.00 | $0.00 | $409,425.00 |
| 9<br>070<br>7100-00 | WILLIAM P. TRIMARCO<br>c/o Henk Taylor<br>Lewis and Roca LLP<br>40 N. Central Ave., Suite 1900<br>Phoenix, AZ 85004-4429 | Unsecured | | $2,516,069.16 | $0.00 | $2,516,069.16 |
| 1<br>050<br>4210-00 | ERIK HEPKER<br>C/O G. REDMOND MICHAELS P.C.<br>PO BOX 1845<br>BOULDER, CO 80306 | Secured | | $528,734.33 | $0.00 | $528,734.33 |
| 2<br>050<br>4210-00 | OCWEN FEDERAL BANK<br>ATN BK DEPT<br>12650 INGENUITY DR<br>ORLANDO, FL 32826 | Secured | | $543,755.22 | $0.00 | $543,755.22 |
| 34<br>050<br>4210-00 | DEAL PEOPLE, LLC<br>ATTN: Eric MacKiver<br>c/o Stephen Wade Nebgen<br>The Law Offices of Stephen Wade<br>Nebgen<br>2025 N. 3rd Street, Suite 157<br>Phoenix, Arizona 85004 | Secured | | $203,000.00 | $0.00 | $203,000.00 |
| 4<br>050<br>4210-00 | Grocery Marketing, Inc.<br>Gregory R. Jordan, P.C.<br>1642 North 24th St.<br>Phoenix, AZ 85008 | Secured | | $211,791.07 | $0.00 | $211,791.07 |
| | Case Totals: | | | $35,361,594.95 | $0.00 | $35,361,594.95 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-05702-PHX GBN
Case Name: ALEXANDER, ROBERT FRANCIS
Trustee Name: Lothar Goernitz

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Lothar Goernitz | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: DAVID A. BIRDSELL, CPA | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *21* | U.S. TRUSTEE PROGRAM PAYMENT CENTER | $_____ | $_____ |
| *24B* | INTERNAL REVENUE SERVICE | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *6* | *MICHAEL B. KESSLER* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 7 | JEROME KESLER | $ | $ |
| 8 | PAULINE TRIMARCO | $ | $ |
| 9 | WILLIAM P. TRIMARCO | $ | $ |
| 10 | TIMOTHY F. AND NIKKI K. HAYES | $ | $ |
| 11 | MARY TRIMARCO AND NEAL THOMPSON | $ | $ |
| 12 | DAVID MCMILLER | $ | $ |
| 13 | STEVE M. AND NANCY L. SCHEPPMANN | $ | $ |
| 14 | TONY LITSCHEWSKI | $ | $ |
| 15 | KIMBERLY B KESSLER | $ | $ |
| 16 | SARAH SCHEPPMANN | $ | $ |
| 17 | DAVID SHEPPMANN | $ | $ |
| 18 | OLIVER BOCK` | $ | $ |
| 22 | DAVID JASON MILLER | $ | $ |
| 24A | INTERNAL REVENUE SERVICE | $ | $ |
| 25 | DaimlerChrysler Services North America, L.L.C. | $ | $ |
| 26 | Grocery Marketing, Inc. | $ | $ |
| 27 | KENNETH HARVEY | $ | $ |
| 28 | BERNARD E. MANOR | $ | $ |
| 29 | EUGENE PAJA AND FRANCES PAJA | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 30 | BILL RUSH AND REBECCA RUSH | $ | $ |
| 31 | SCOTT FROEHLE AND KIM FROEHLE | $ | $ |
| 32 | CHRIS PARSONS AND KIM PARSONS | $ | $ |
| 33 | AL HANSON | $ | $ |
| 35 | eCAST Settlement Corporation, successor to | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $_____.