Lothar Goernitz
P. O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| ALEXANDER, ROBERT FRANCIS | ) | CASE NO. 04-05702-PHX-GBN |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 13 | 6/1/10 | SARAH SCHEPPMANN<br>3610 SCHOONER RIDGE<br>ALPHARETTA, GA  30005 | $573.02 |
| 14 | 6/1/10 | DAVID SHEPPMANN<br>3610 SCHOONER RIDGE<br>ALPHARETTA, GA  30005 | $573.02 |
| 18 | 6/1/10 | DAIMLERCHRYSLER SERVICES NORTH AMERICA, LLC.<br>2999 N. 44TH ST. STE. 500 | $432.89 |
| 19 | 6/1/10 | GROCERY MARKETING, INC.<br>GREGORY R. JORDAN, P.C.<br>1642 N. 24TH ST.<br>PHOENIX, AZ  85008 | $1,138.64 |
| 20 | 6/1/10 | KENNETH HARVEY<br>c/o CHRISTOPHER H. BAYLEY<br>SNELL & WILMER LLP<br>ONE ARIZONA CENTER<br>PHOENIX, AZ  85004-2202 | $16,367.91 |
| 21 | 6/1/10 | BERNARD E. MANOR<br>LIVINGSTON MIX LLP<br>130 SUTTER ST., 7TH FLOOR<br>SAN FRANCISCO, CA  94104 | $817.12 |

| | | | |
|---|---|---|---|
| 22 | 6/1/10 | EUGENE PAJA AND FRANCES FAJA<br>LIVINGSTON MIX LLP<br>130 SUTTER STREET, 7TH FLOOR<br>SAN FRANCISCO, CA  94104 | $268.81 |
| 23 | 6/1/10 | BILL RUSH AND REBECCA RUSH<br>LIVINGSTON MIX LLP<br>130 SUTTER ST., 7TH FLOOR<br>SAN FRANCISCO, CA  94104 | $505.41 |
| 24 | 6/1/10 | SCOTT FROEHLE AND KIM FROEHLE<br>LIVINGSTON MIX LLP<br>130 SUTTER ST., 7TH FLOOR<br>SAN FRANCISCO, CA  94104 | $762.18 |
| 25 | 6/1/10 | CHRIS PARSONS AND KIM PARSONS<br>LIVINGSTON MIX LLP<br>130 SUTTER ST, 7TH FLOOR<br>SAN FRANCISCO, CA  94104 | $268.81 |
| 26 | 6/1/10 | AL HANSON<br>LIVINGSTON MIX LLP<br>130 SUTTER ST, 7TH FLOOR<br>SAN FRANCISCO, CA  94104 | $806.44 |

Date: <u>September 21, 2010</u>     /s/ Lothar Goernitz
                                     Lothar Goernitz, Trustee