6




JAN 2 5 2016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In re | Chapter 7 |
|---|---|
| Robert Francis Alexander | |
| | Case Number 2:04-bk-05702 |
| Debtor (s) | |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to Livingston Mu LLP

in the amount of $ 268.81 and said check having not been cashed by said payee, the

Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to

the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury.

Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money

to CHRISTOPHER PARSONS .

I declare under penalty of perjury that the information provided in this application for payment of unclaimed
funds is true and correct.

*Signature required*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re:

Robert Francis Alexander

Case Number: 2:04-bk-05702

Chapter: 7

Debtor(s)

## NOTICE OF SERVICE

Notice is hereby given that on __1/16/2016__, a copy of the Application for Payment of Unclaimed Funds was mailed to the office of the United States Attorney for the District of Arizona, **2 Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004.**

by: _____
**Signature Required**